

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47469.) (Appeal No. 2.) —

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim Nos. 47470 and 47471.) (Appeal No. 3.)

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.

RICHARDS "OF COURSE", INC., Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 47473.) (Appeal No. 4.) — Judgment